Sivashree Sundaram, Miesha Shonta Darrough, Wifredo A. Ferrer, Jamie Galvin, Assistant U.S. Attorney, Daren Grove, Andrea G. Hoffman, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, for Plaintiff-Appellee

Corey Lemar Wright, Pro Se

Before HULL, WILSON and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Corey Lemar Wright appeals *pro se* the denial of his third motion to reduce his sentence. 18 U.S.C. § 3582(c)(2). Wright moved for a reduction based on Amendment 782 of the Sentencing Guidelines. We affirm.

The district court did not err by denying Wright's motion. Wright pleaded guilty to possessing with intent to distribute cocaine base, *see* 21 U.S.C. § 841(a)(1), (a)(2), and the district court sentenced him to five years of imprisonment. Because Wright's sentence was based on the statutory mandatory minimum, *see* United States Sentencing Guidelines Manual § 5G1.1(b), not on the drug quantity tables, *see id.* § 2D1.1, he was ineligible for a reduction of his sentence under Amendment 782, *see id.* § 1B1.10 cmt n.1(A). The district court lacked authority to reduce Wright's sentence.

We **AFFIRM** the denial of Wright's motion to reduce.

**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Dewayne Earl JONES, a.k.a. Pokey,**
**Defendant-Appellant.**

**United States of America,**
**Plaintiff-Appellee,**

v.

**Dewayne Earl Jones, a.k.a. Pokey,**
**Defendant-Appellant.**

**No. 15-15563, No. 15-15630**
**Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 11/10/2016

David Paul Rhodes, Arthur Lee Bentley, III, Patricia A. Willing-FLU, U.S. Attorney's Office, Tampa, FL, Kathleen A. O'Malley, Frank Merrill Talbot, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff-Appellee

Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Dewayne Earl Jones, Wakulla CI-Inmate Legal Mail, Crawfordville, FL, for Defendant-Appellant

Before TJOFLAT, WILSON and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Lisa Call, appointed counsel for Dewayne Earl Jones, in this appeal of his supervised release revocation and total sentence, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jones's revocation and sentence are **AFFIRMED**.